UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HARDIKKUMAR PATEL,
KACEY WHITLOCK, PADMAJA
PATEL, and CARIERX LLC
f/k/a DERMSERV, LLC,

    Plaintiffs,

v.                                              Case No. 6:21-cv-01917-WWB-LRH

HEALIXA, INC. f/k/a EMERALD
ORGANIC PRODUCTS, INC.,

    Defendant.
_____

**JOINT NOTICE OF SETTLEMENT**

    Plaintiffs, Hardikkumar Patel, Kacey Whitlock, Padmaja Patel, and CarierX, LLC f/k/a Dermserv, LLC, and Defendant, Healixa, Inc. f/k/a Emerald Organic Products, Inc. (Collectively referred to as the "Parties"), by and through undersigned counsel and pursuant to Middle District of Florida Local Rule 3.09, hereby give notice of the settlement of this case. The Parties have reached an oral agreement in principle confirmed with an email and anticipate filing the dismissal of this case within sixty days. The Parties request that the Court keep this action open during such time to allow completion of the settlement requirements and dismissal of the action. The evidentiary hearing scheduled for December 14, 2022, may be canceled at this time.

Dated: December 13, 2022

/s/ *Scottie McPherson*
**Tucker H. Byrd**
Florida Bar No. 381632
**Scottie McPherson**
Florida Bar No. 85137
**BYRD CAMPBELL, P.A.**
180 Park Avenue North, Ste 2A
Winter Park, FL 32789
Telephone: (407) 392-2285
TByrd@ByrdCampbell.com
SMcPherson@ByrdCampbell.com
Paralegal@ByrdCampbell.com

Respectfully Submitted,

/s/ *Allan Whitehead*
**Allan P. Whitehead**
Florida Bar No. 870927
**FRESE, WHITEHEAD & ANDERSON, P.A.**
2200 Front Street, Suite 301
Melbourne, Florida 32901
Telephone: (321)984-3300
Facsimile: (321)951-3741
awhitehead@fresewhitehead.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 13, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Scottie McPherson*
**Scottie McPherson**
Florida Bar No. 85137