**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CARIERX LLC, PADMAJA PATEL,
KACEY WHITLOCK and
HARDIKKUMAR PATEL,

    Plaintiffs,

v.                                  Case No. 6:21-cv-1917-WWB-LHP

HEALIXA, INC.,

    Defendant.

### ORDER

The Court has been advised by the parties' Joint Notice of Settlement that the above-styled action has been completely settled. (Doc. 53 at 1).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within forty-five days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. All pending motions are **DENIED as moot**. The Clerk is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida on January 19, 2023.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record